```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 38790
   YVONNE M NICHOLS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
       Debtor
   SSN XXX-XX-8458

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 10/19/2004 and was confirmed 12/09/2004.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  16.27%.

       The case was paid in full 12/17/2007.
--------------------------------------------------------------------------------
   CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                   PAID            PAID
--------------------------------------------------------------------------------
   WASHINGTON MUTUAL HOME L  CURRENT MORTG          .00             .00              .00
   LVNV FUNDING LLC          UNSECURED          4898.93             .00           797.06
   LVNV FUNDING LLC          UNSECURED          7352.26             .00          1196.21
   DISCOVER FINANCIAL SERVI  UNSECURED          3120.88             .00           507.77
   TIMOTHY K LIOU            DEBTOR ATTY       2,419.40                         2,419.40
   TOM VAUGHN                TRUSTEE                                              283.08
   DEBTOR REFUND             REFUND                                               124.48

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE                         5,328.00

   PRIORITY                                              .00
   SECURED                                               .00
   UNSECURED                                        2,501.04
   ADMINISTRATIVE                                   2,419.40
   TRUSTEE COMPENSATION                               283.08
   DEBTOR REFUND                                      124.48
                               ---------------   ---------------
   TOTALS                           5,328.00         5,328.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 38790 YVONNE M NICHOLS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 03/27/08
                                             /s/ Tom Vaughn
                                             _____
                                             TOM VAUGHN
                                             CHAPTER 13 TRUSTEE